

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-23-00797-CV

Siyan Klashi **MINNFEE**,
Appellant

v.

**ARTISTIC REMODELING LLC**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2023CV03883
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:    Luz Elena D. Chapa, Justice
            Irene Rios Justice
            Beth Watkins, Justice

Delivered and Filed: January 10, 2024

DISMISSED

Marchelia Hallmon filed a notice of appeal on behalf of appellant Siyan Minnfee, and the clerk's record reflects she is acting under Minnfee's power of attorney. A person who is not a licensed attorney may not represent other persons or entities in legal matters. *See* TEX. R. CIV. P. 7; *Harkins v. Murphy & Bolanz*, 51 Tex. Civ. App. 568, 112 S.W. 136, 138 (Tex. Civ. App.—Dallas 1908, writ dism'd) (power of attorney does not authorize one to act as attorney-at-law); *see, e.g.*, *West on Behalf of West v. Garnet Hill Rehabilitation Skilled Care*, No. 05-22-01244-CV, 2023 WL 142378, at *1 (Tex. App.—Dallas Jan. 10, 2023, pet. denied) (same, citing *Harkins*). Nor may

a person proceeding pro se file a notice of appeal on behalf of another person. *See Guerrero v. Memorial Turkey Creek, Ltd.*, No. 01–09–00237–CV, 2011 WL 3820841, at *2 (Tex. App.—Houston [1st Dist.] August 25, 2011, no pet.) (mem. op.) (appellant proceeding pro se could not file notice of appeal on behalf of second appellant).

We therefore ordered Hallmon to show cause by November 13, 2023, where, under applicable rules, she derived her authority to file a notice of appeal for Minnfee and to represent her, including whether she is a licensed attorney in the State of Texas. Alternatively, we noted Minnfee could file an amended notice of appeal or retain counsel to file an amended notice of appeal and a notice of appearance with this court. We admonished appellant that if a supplemental clerk's record was required to respond to this court's order, appellant was required to request a supplemental record from the trial court clerk and file a copy of the request with this court. We further admonished appellant if she failed to satisfactorily respond to this order within the time provided, the appeal would be dismissed. No response has been filed.

Accordingly, this appeal is dismissed.

PER CURIAM